UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUAD NASER KHOURY,<br><br>                Petitioner,<br><br>      v.<br><br>KRISTI NOEM, et al.<br><br>                Respondents. | Case No. 5:26-cv-00113-SRM-MBK<br><br>**ORDER EXTENDING TEMPORARY RESTRAINING ORDER [14]** |

      On January 22, 2026, this Court granted, in part, Petitioner Fuad Naser Khoury's ("Petitioner") Application for Temporary Restraining Order and Preliminary Injunction. *See* Dkt. 14. Specifically, the Court ordered the following temporary injunctive relief: (1) Respondents were to immediately release Petitioner from immigration custody; (2) Respondents were to place him on supervision subject to the same conditions that applied before his re-detention; (3) Respondents were temporarily enjoined from revoking Petitioner's release without adequate notice of the reasons for the revocation and from re-detaining him without a prompt informal interview; (4) Respondents were temporarily enjoined from removing Petitioner to a country other than his designated country of Jordan without providing him notice and an opportunity to be heard. *Id.* at 13–14. The temporary restraining order is set to expire on February 5, 2026, at 5:00 p.m. *Id.* at 14.

1  The Court also ordered Respondents to show cause why a preliminary injunction should
2  not issue. Dkt. 14 at 14. On January 29, 2026, Respondents filed their written response to
3  the order to show cause. *See* Dkt. 17. Petitioner filed his reply to Respondents' response
4  on February 2, 2026.
5        The Court finds good cause to extend the temporary restraining order for 28 days
6  to allow thorough consideration of the parties' arguments in support and opposition of the
7  issuance of the preliminary injunction. Accordingly, the temporary restraining order is
8  **EXTENDED** from February 5, 2026, to March 5, 2026, at 5:00 p.m. or until the Court
9  issues its decision on the preliminary injunction, whichever is sooner.
10       **IT IS SO ORDERED.**

12 Dated: February 4, 2026

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE